Form ntnods13 (Rev. 12/24)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Florida
### Tallahassee Division

In Re: Sharonda De'nece Elias  
    SSN/ITIN: xxx–xx–3112  
    Debtor

Bankruptcy Case No.: 25–40479–KKS

Chapter: 7  
Judge: Karen K. Specie

## *NOTICE OF CASE CLOSED WITHOUT DISCHARGE*

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge for the reason(s) indicated below.

- [x] Debtor(s) did not file a certificate of completion of an instructional course in personal financial management issued by an approved provider of that course.

- [ ] Debtor(s) has not filed a certification required by N.D. Fla. LBR 4004–1.

- [ ] The discharge in the above–captioned case has been either *DENIED, REVOKED, or WAIVED*.

- [x] Outstanding filing fee(s) due from Debtor in the amount of $213.00.

If the debtor(s) subsequently file(s) a Motion to Reopen the Case, the full reopening fee must also be paid for filing the motion, if applicable.

Dated: February 2, 2026

FOR THE COURT  
Traci E. Abrams  
Clerk of Court  
110 E. Park Ave., Ste. 100  
Tallahassee, FL 32301

**Service**: Service by the Court pursuant to applicable Rules.